433 F.2d 982
 Thomas TOOHEY and Edward Synowiak, Plaintiffs-Appellants,
v.
O'DARE VAN LINE RACE HORSE EXPRESS, INC., a/k/a O'Dare Horse
Transport, Inc., Defendant-Appellee.
 No. 28980 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 Nov. 3, 1970.
 
 Edmund S. Pendzisz, Miami, Fla., for plaintiff-appellants.
 Christopher C. Larimore, of Shutts & Bowen, Miami, Fla., for defendant-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5 Cir. 1970)